THE UCAYALI.

(District Court, E. D. New York.  March 13, 1908.)

ADMIRALTY—JURISDICTION OF COURTS—SUIT BY ALIEN AGAINST FOREIGN VES-
SEL.

    The right to object to the assumption of jurisdiction by a court of ad-
miralty of the United States in a suit by a foreign subject against a vessel
of his own country is waived by a general appearance and the filing of
an answer by the claimant.

    [Ed. Note.—For cases in point, see Cent. Dig. vol. 1, Admiralty, §§ 260–
264.]

In Admiralty.

Robert W. Imbrie, for libelant.
Whitridge, Butler & Rice, for claimant.

CHATFIELD, District Judge.  The right to object to an assump-
tion of jurisdiction by this court seems to have been settled by the
general appearance and answer on the part of the claimant.  As to
whether the court will exercise jurisdiction to the extent of granting
any relief, or as to whether the matter, if disposed of upon the merits,
can give any further relief to the libelant than what was given him by
the British consul, is a question that cannot be determined upon affi-
davits.  The statement is made that some depositions have been taken
in the case, and the court sees no solution except to bring the matter
up for trial.  This can be done now in the near future.